United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angela Sue Weidenheimer  
Angela Sue Weidenheimer  
     Debtors

Case No. 17-16880-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jul 10, 2018  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db         +Angela Sue Weidenheimer,   MAILING ADDRESS,   PO Box 368,   Leesport, PA 19533-0368  
db          Angela Sue Weidenheimer,   240 Main Street,   Leesport, PA  19533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Angela Sue Weidenheimer tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee    bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee bkgroup@kmllawgroup.com  
        ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE    RRamos-Cardona@fredreiglech13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Angela Sue Weidenheimer , | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 17-16880-ref |
| | : | |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00, of which $600.00 was received pre-petition.

BY THE COURT

**Date: July 10, 2018**

_____
Richard E. Fehling
U.S. Bankruptcy Judge