UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Angela Weidenheimer | Chapter 13 Bankruptcy |
| Debtor | Bankruptcy No. 17-16880-AMC |
| | HEARING DATE: October 17, 2019: at 11 a.m. |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Modify Chapter 13 Plan Post Confirmation on behalf of the above referenced Debtor.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before 10/8/19, you or your attorney must do all of the following:

a) File an Answer explaining your position at:

United States Bankruptcy Court Eastern District of Pennsylvania The Madison Building 400 Washington Street Reading, PA 19601

If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) Mail a copy to the Movant's Attorney:

Mendelsohn & Mendelsohn, P.C. Attention: Brenna H. Mendelsohn, Esquire 637 Walnut Street Reading, PA 19601 Telephone: (610) 374-8088 Facsimile: (610) 478-1260

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A Hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on October 17, 2019 at 11:00 a.m. in Courtroom 1 of the Honorable Ashely M. Chan, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4. You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: September 18, 2019            /s/ Brenna H. Mendelsohn

BRENNA MENDELSOHN, ESQ.

Mendelsohn & Mendelsohn, P.C

Attorney for Debtor