UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Angela Weidenheimer | Chapter 13 |
| Debtor | Bankruptcy No. 17-16880-AMC |

ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Second Amended Chapter 13 Plan is CONFIRMED.

10/17/19

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge