United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angela Sue Weidenheimer  
Angela Sue Weidenheimer  
    Debtors

Case No. 17-16880-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: dlv   Page 1 of 1   Date Rcvd: Oct 17, 2019  
                Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
db         +Angela Sue Weidenheimer,    MAILING ADDRESS,    PO Box 368,    Leesport, PA 19533-0368
db          Angela Sue Weidenheimer,    240 Main Street,    Leesport, PA  19533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
      BRENNA HOPE MENDELSOHN    on behalf of Debtor Angela Sue Weidenheimer tobykmendelsohn@comcast.net
      KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, National Association, as Indenture
      Trustee bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
      ecf_frpa@trustee13.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Angela Weidenheimer                                Chapter 13

Debtor                                                    Bankruptcy No. 17-16880-AMC

ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Second Amended Chapter 13 Plan is CONFIRMED.

10/17/19

BY THE COURT

_____
Ashely M. Chan

United States Bankruptcy Judge