| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-16880-PMM**

ANGELA SUE  WEIDENHEIMER  
240 MAIN STREET  
LEESPORT  PA    19533-9533

Petition Filed Date: 10/10/2017  
341 Hearing Date: 12/19/2017  
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $450.00 | | 01/11/2019 | $450.00 | | 02/07/2019 | $350.00 | |
| 02/14/2019 | $450.00 | | 02/28/2019 | $150.00 | | 03/08/2019 | $250.00 | |
| 03/14/2019 | $200.00 | | 03/21/2019 | $200.00 | | 03/29/2019 | $200.00 | |
| 04/04/2019 | $100.00 | | 05/10/2019 | $450.00 | | 07/08/2019 | $350.00 | |
| 08/01/2019 | $335.00 | | 08/30/2019 | $200.00 | Other | 09/26/2019 | $200.00 | Automatic Payr |
| 10/03/2019 | $200.00 | | 10/24/2019 | $200.00 | | 11/06/2019 | $250.00 | |
| 11/15/2019 | $200.00 | | 11/21/2019 | $200.00 | | 12/02/2019 | $200.00 | |
| 12/27/2019 | $100.00 | | 01/03/2020 | $100.00 | | 01/09/2020 | $100.00 | |
| 01/16/2020 | $100.00 | | 01/24/2020 | $100.00 | | 01/24/2020 | $200.00 | |
| 01/30/2020 | $100.00 | | 02/06/2020 | $100.00 | | 02/13/2020 | $100.00 | |
| 02/21/2020 | $100.00 | | 02/27/2020 | $100.00 | | 03/12/2020 | $100.00 | |
| 03/19/2020 | $100.00 | | 03/26/2020 | $100.00 | | 04/02/2020 | $100.00 | |
| 04/09/2020 | $100.00 | | 04/30/2020 | $150.00 | | 05/18/2020 | $300.00 | |
| 06/05/2020 | $300.00 | | 06/18/2020 | $300.00 | | 07/02/2020 | $300.00 | |
| 07/16/2020 | $300.00 | | 07/30/2020 | $300.00 | | | | |

**Total Receipts for the Period: $9,235.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,235.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CITADEL FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $528.71 | $0.00 | $528.71 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $1,778.05 | $0.00 | $1,778.05 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»» 003 | Ongoing Mortgage | $87,506.00 | $12,188.05 | $75,317.95 |
| 4 | US DEPT OF EDUCATION<br>»» 004 | Unsecured Creditors | $19,263.80 | $0.00 | $19,263.80 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 17-16880-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,235.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $17,338.05 | Arrearages: | $3,300.00 |
| Paid to Trustee: | $1,626.95 | Total Plan Base: | $103,196.42 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.