Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-16880-PMM**

ANGELA SUE  WEIDENHEIMER
P. O. BOX 368
LEESPORT  PA    19533-9533

Petition Filed Date: 10/10/2017
341 Hearing Date: 12/19/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/03/2020 | $100.00 | | 01/09/2020 | $100.00 | | 01/16/2020 | $100.00 | |
| 01/24/2020 | $100.00 | | 01/24/2020 | $200.00 | | 01/30/2020 | $100.00 | |
| 02/06/2020 | $100.00 | | 02/13/2020 | $100.00 | | 02/21/2020 | $100.00 | |
| 02/27/2020 | $100.00 | | 03/12/2020 | $100.00 | | 03/19/2020 | $100.00 | |
| 03/26/2020 | $100.00 | | 04/02/2020 | $100.00 | | 04/09/2020 | $100.00 | |
| 04/30/2020 | $150.00 | | 05/18/2020 | $300.00 | | 06/05/2020 | $300.00 | |
| 06/18/2020 | $300.00 | | 07/02/2020 | $300.00 | | 07/16/2020 | $300.00 | |
| 07/30/2020 | $300.00 | | 08/13/2020 | $300.00 | | 08/27/2020 | $175.00 | |
| 09/11/2020 | $175.00 | | 09/17/2020 | $175.00 | | 09/24/2020 | $175.00 | |
| 10/16/2020 | $200.00 | | 10/29/2020 | $300.00 | | 11/09/2020 | $175.00 | |
| 11/17/2020 | $175.00 | | 11/23/2020 | $175.00 | | 12/04/2020 | $50.00 | |
| 12/10/2020 | $250.00 | | 01/04/2021 | $300.00 | | 01/14/2021 | $350.00 | |
| 01/28/2021 | $170.00 | | 02/04/2021 | $170.00 | | 02/11/2021 | $170.00 | |
| 02/19/2021 | $170.00 | | 03/04/2021 | $200.00 | | 03/11/2021 | $200.00 | |
| 03/18/2021 | $200.00 | | 04/05/2021 | $200.00 | | 04/08/2021 | $200.00 | |
| 04/15/2021 | $200.00 | | 04/22/2021 | $200.00 | | 04/29/2021 | $200.00 | |
| 05/06/2021 | $200.00 | | 05/13/2021 | $200.00 | | 05/21/2021 | $200.00 | |
| 06/03/2021 | $50.00 | | | | | | | |

**Total Receipts for the Period:  $9,455.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $25,140.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 2 | CITADEL FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $528.71 | $0.00 | $528.71 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $1,778.05 | $0.00 | $1,778.05 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»» 003 | Ongoing Mortgage | $87,506.00 | $16,605.20 | $70,900.80 |
| 4 | US DEPT OF EDUCATION<br>»» 004 | Unsecured Creditors | $19,263.80 | $0.00 | $19,263.80 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 17-16880-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,140.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $23,005.20 | Arrearages: | $495.00 |
| Paid to Trustee: | $2,089.80 | Total Plan Base: | $104,210.50 |
| Funds on Hand: | $45.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.