| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-16880-PMM**

ANGELA SUE  WEIDENHEIMER
P. O. BOX 368
LEESPORT  PA     19533-9533

Petition Filed Date: 10/10/2017
341 Hearing Date: 12/19/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $200.00 | | 04/08/2021 | $200.00 | | 04/15/2021 | $200.00 | |
| 04/22/2021 | $200.00 | | 04/29/2021 | $200.00 | | 05/06/2021 | $200.00 | |
| 05/13/2021 | $200.00 | | 05/21/2021 | $200.00 | | 06/03/2021 | $50.00 | |
| 06/10/2021 | $200.00 | | 06/17/2021 | $200.00 | | 06/28/2021 | $200.00 | |
| 07/01/2021 | $200.00 | | 07/09/2021 | $200.00 | | 07/15/2021 | $200.00 | |
| 07/22/2021 | $200.00 | | 07/29/2021 | $200.00 | | 08/05/2021 | $200.00 | |
| 08/12/2021 | $200.00 | | 08/19/2021 | $200.00 | | 08/26/2021 | $200.00 | |
| 09/02/2021 | $200.00 | | 09/10/2021 | $200.00 | | 09/16/2021 | $200.00 | |
| 09/23/2021 | $200.00 | | 09/30/2021 | $200.00 | | 10/07/2021 | $200.00 | |
| 10/18/2021 | $200.00 | | 10/21/2021 | $200.00 | | 11/04/2021 | $205.00 | |
| 11/12/2021 | $205.00 | | 11/22/2021 | $205.00 | | 11/29/2021 | $205.00 | |
| 12/20/2021 | $165.00 | | 12/23/2021 | $165.00 | | 01/13/2022 | $200.00 | |
| 01/24/2022 | $200.00 | | 01/27/2022 | $200.00 | | 02/03/2022 | $200.00 | |
| 02/17/2022 | $200.00 | | 02/25/2022 | $200.00 | | 03/10/2022 | $100.00 | |
| 03/17/2022 | $100.00 | | 03/25/2022 | $100.00 | | 03/31/2022 | $100.00 | |
| 04/07/2022 | $100.00 | | 04/14/2022 | $100.00 | | 05/06/2022 | $250.00 | |
| 05/20/2022 | $200.00 | | 05/31/2022 | $200.00 | | 06/10/2022 | $200.00 | |
| 06/24/2022 | $200.00 | | 07/15/2022 | $200.00 | | 07/26/2022 | $200.00 | |
| 08/03/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $10,250.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $33,740.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CITADEL FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $528.71 | $0.00 | $528.71 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $1,778.05 | $0.00 | $1,778.05 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»» 003 | Ongoing Mortgage | $87,506.00 | $24,126.20 | $63,379.80 |
| 4 | US DEPT OF EDUCATION<br>»» 004 | Unsecured Creditors | $19,263.80 | $0.00 | $19,263.80 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 17-16880-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,740.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $30,526.20 | Arrearages: | $345.00 |
| Paid to Trustee: | $2,845.80 | Total Plan Base: | $104,210.50 |
| Funds on Hand: | $368.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.