United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 17-16880-pmm

Angela Sue Weidenheimer      Chapter 13

Angela Sue Weidenheimer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: May 25, 2023      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Sue Weidenheimer, 240 Main Street, Leesport, PA 19533-8836 |
| db | + | Angela Sue Weidenheimer, MAILING ADDRESS, PO Box 368, Leesport, PA 19533-0368 |
| 13995784 | + | Citadel Federal Cred U, 3030 Zinn Road, PO Box 72107, Thorndale, PA 19372-0107 |
| 14123955 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 26 2023 01:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 26 2023 01:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14069363 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 26 2023 01:12:00 | Citadel Federal Credit Union, 520 Eagleview Rd., Exton, PA 19341-1119 |
| 13995785 | | Email/Text: bankruptcy@diamondcu.com | May 26 2023 01:12:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 14017996 | ^ | MEBN | May 26 2023 01:08:13 | U.S. Bank, National Association, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14076274 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2023 01:12:00 | U.S. Bank, National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13995787 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2023 01:12:00 | US Bank National Association, c/o SPS, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14077557 | | Email/Text: EDBKNotices@ecmc.org | May 26 2023 01:12:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14408806 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14552773 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 12

13995786    ##+    Federal Loan Servicing, Department of Ed, PO BOX 530210, Atlanta, GA 30353-0210

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

**Name** | **Email Address**

BRENNA HOPE MENDELSOHN
on behalf of Debtor Angela Sue Weidenheimer tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| ANGELA SUE WEIDENHEIMER | Bankruptcy No. 17-16880-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 25, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE